SLR:BPS:dml
F.#2008A92962

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

- - - - - - - - - - - - - - - - - - - - -X

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

                              Plaintiff,

          -against-

MATTHEW BRISTOL,

                              Defendant.

- - - - - - - - - - - - - - - - - - -X

**MISC   08   532**

REGISTRATION OF STATE
COURT JUDGMENT FOR
ENFORCEMENT IN
FEDERAL COURT

**MISC 08 532**
Index No. 59295/0
Civil Action No.

TO:   Clerk of the Court
      United States District Court
      Eastern District of New York
      225 Cadman Plaza East
      Brooklyn, New York 11201

          The United States of America, as assignee of

Pennsylvania Higher Education Assistance Agency, pursuant to 42

U.S.C. 292f(h)(3), hereby registers the annexed Judgment and

Assignment in the United States District Court for the Eastern

District of New York for enforcement.


Dated:   Brooklyn, New York
         October 23, 2008

                                   BENTON J. CAMPBELL
                                   United States Attorney
                                   Eastern District of New York
                                   271 Cadman Plaza East
                                   Brooklyn, New York 11201

                         By:

                                   _____
                                   BETH P. SCHWARTZ
                                   Assistant U.S. Attorney
                                   (718) 254-6017


To:   **Matthew Bristol**
      **1064 Hancock Street**
      **Brooklyn, NY 11221**

CERTIFICATION FEE PAID
*[handwritten]* $4-04-07 # 208873

**ENTERED & FILED**

APR 0 4 2007

CIVIL COURT
KINGS COUNTY

*[handwritten]* Sptem I B

At ~~IAS~~ Part ~~15~~ of the Civil Court of the City
of Kings held in and for the County of Kings
at the Courthouse at 141 Livingston Street,
Brooklyn, New York, 11202
on the 4 day of ~~December, 2006.~~ *April, 2007*

PRESENT:    HON _____ **HON. DOLORES L. WALTROUS**
            Justice of the Civil Court

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

F&S File:      174490

-------------------------------------------------------x

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

                              Plaintiff,

**ORDER TO AMEND JUDGMENT TO
CONTAIN A POST-JUDGMENT
INTEREST -RATE CLAUSE**

Index # 59295/02

            -against-

MATTHEW BRISTOL,

                              Defendant.

-------------------------------------------------------x

Plaintiff produced a motion returnable on January 4, 2007 at the above captioned Court

for an Order amending the order/judgment entered against the defendant, MATTHEW

BRISTOL, on March 27, 2006 to contain a specific post-judgment interest-rate clause. On

October 27, 2005 plaintiff secured a judgment against defendant, MATTHEW BRISTOL. A

copy of the Order/Judgment is annexed hereto and marked Exhibit "H". As in the normal course

of business and in compliance with the Federal HEAL regulation, plaintiff submitted a claim to

the guarantor, the U.S. Department of Health and Human Services (HHS). However, the claim

has been rejected and returned to PHEAA. HHS has recently decided to enforce a 1998 policy

memorandum which requires that judgments secured against HEAL borrowers on or after

January 1998 must have a "continuing interest clause which provides a post-judgment interest rate, and must specify the applicable post-judgment interest rate." This rate established as per the terms of the contractual note agreement between plaintiff and defendant. A copy of the note is annexed hereto as Exhibit "A". (See subsection interest highlighted as paragraph 2 of the note). This post-judgment interest rate will no exceed the statutory 9% rate proscribed for under the CPLR. A copy of the amended Order/Judgment is annexed hereto as Exhibit "C".

Plaintiff, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, by its attorney, Nadia Youkelson, Esq., having duly moved for an Order to amend the judgment entered against defendant on October 27, 2005 contain a post-judgment interest rate clause stating "post-judgment interest shall accrue at 7.1875% per annum, or $ 3.04 per diem (the current rate of interest based upon the note), from the date the judgment is duly entered by the above captioned Court and be payable at a yearly rate of interest which may not exceed a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rate for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure to the nearest one-eighth of one percent; until defendant pays the full sum due and outstanding on the Order/Judgment entered on April 20, 2005; this rate will not exceed the statutory 9% rate as proscribed for under the CPLR."

Now, upon reading and filing the affidavit of Patricia Walton, Administrative Office of the plaintiff in this action, in support fo the motion, sworn to on the November 8, 2006, and due deliberation having been had thereon, and plaintiff having been granted default judgment by order of HON. Donald Scott Kurtz J.S.C. Dated October 27, 2005.

Now, upon motion of Nadia Youkelsone, Esq., attorney for the plaintiff it is Ordered, that

the Order/Judgment entered against the defendant, MATTHEW BRISTOL, on March 27, 2006 is

hereby amended and plaintiff is awarded judgment in the amount of $ 18,926.67 with interest to

May 22, 2002, plus post judgment interest from May 22, 2002 to November 30, 2006 in the

amount of $ 3,220.29 together with the cost and disbursements in this action.  It is further

ordered that the judgment shall contain a post-judgment interest clause stating "post-judgment

interest shall accrue at 7.875 % per annum or $ 3.04 per diem (the current rate of interest based

upon the note), from November 30, 2006, and be payable at a yearly rate of interest which may

not exceed a variable rate calculated by the Secretary of the Department of Health and Human

Services for each calendar quarter and computed by determining the average fo the bond

equivalent rate for the ninety-one days U.S. Treasury Bills auctioned during the preceding

quarter, plus three percent; rounding this figure to the nearest one-eighth of one percent; The rate

of interest applied to this Note shall be Ninety-one day U.S. Treasury Bill auctioned during the

preceding quarter, plus 3%, rounding the figure to the nearest one-eighth percent; until defendant

pays the full sum due and outstanding on the Order/Judgment entered on April 20, 2005; this rate

will not exceed the statutory 9% rate as proscribed for under the CPLR." And it is further,

**APR 04 2007**

Entered,

_____
J.C.C.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

F&S File #174490

---------------------------------------------------------x
PENNSYLVANIA HIGHER EDUCATON
ASSISTANCE AGENCY,

**ASSIGNMENT OF JUDGMENT**

Plaintiff,

-against-

Index # 59295/02

MATTHEW BRISTOL,

Defendant.
---------------------------------------------------------x

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency, in consideration of the funds paid by the United States of America, hereby assign to the assignee, the judgment recovered on April 4, 2007, docketed in the Civil Court of the City of New York, County of Kings, Index No. 59295/02, against **MATTHEW BRISTOL.**

Assignor authorizes the United States of America to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of American from enforcing this judgment.

The Assignor's address is: Pennsylvania Higher Education Assistance Agency (PHEAA), 1200 North Seventh Street, Harrisburg, PA 17102-1444, 1-800-233-0557.

The Assignee's address is: United States of America, United States Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 8B-45, Rockville, MD, 20857, 301-443-1782.

I have executed this assignment at PHEAA, on May 3, 2007.

_____
Patricia Walton

BROOKLYN CIVIL COURT 2007 SEP -5 AM II: 15



RECEIVED

[...] 2007

[...]AA Legal

**Assignee:**
U. S. Department of Health and Human Services
HEAL Branch
5600 Fishers Lane
Rockville, Maryland 20857

     SWORN AND SUBSCRIBED before me this 29 day of August, 2007 by Patricia Walton, as Administrative Officer and Authorized Signatory for the Guarantor Insurer Relations Division of AES a division of the PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, on behalf of the agency, who is personally known to me.

                      _Audrey E. Trussell_
                      Notary Public
                      My commission expires: Sept. 30, 2009

                      Commonwealth of Pennsylvania

> NOTARIAL SEAL
> **AUDREY E. TRUSSELL,** Notary Public
> Lower Allen Twp., Cumberland County
> My Commission Expires Sept. 30, 2009

INDEX ACTION NO.
CLAIM NO. 2008A92962

==================================================================

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

==================================================================

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

- against -

MATTHEW BRISTOL,

Defendant.

==================================================================

REGISTRATION OF STATE COURT JUDGMENT IN FEDERAL COURT

==================================================================

BENTON J. CAMPBELL
United States Attorney
Attorney for United States
271 Cadman Plaza East
Brooklyn, NY 11201

BY:    BETH P. SCHWARTZ
       Assistant U.S. Attorney
       718-254-6017